# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 419 MAL 2022

      Respondent               :

                            :  Petition for Allowance of Appeal

      v.                    :  from the Order of the Superior Court

GREGORY LEWIS, JR.,          :

      Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,     :  No. 420 MAL 2022

      Respondent                :

                            :  Petition for Allowance of Appeal

      v.                    :  from the Order of the Superior Court

GREGORY LEWIS, JR.,          :

      Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,     :  No. 421 MAL 2022

      Respondent                :

                            :  Petition for Allowance of Appeal

      v.                    :  from the Order of the Superior Court

GREGORY LEWIS, JR.,          :

      Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,     :  No. 422 MAL 2022

      Respondent                :

                            :  Petition for Allowance of Appeal

                            :  from the Order of the Superior Court

      v.                    :

GREGORY LEWIS, JR.,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 423 MAL 2022

      Respondent

         Petition for Allowance of Appeal
         from the Order of the Superior Court

      v.

GREGORY LEWIS, JR.,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 424 MAL 2022

      Respondent

         Petition for Allowance of Appeal
         from the Order of the Superior Court

      v.

GREGORY LEWIS, JR.,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 425 MAL 2022

      Respondent

         Petition for Allowance of Appeal
         from the Order of the Superior Court

      v.

GREGORY LEWIS, JR.,

      Petitioner

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.